### ELIZABETH CITY WATER & POWER CO. v. ELIZABETH CITY et al.

(Circuit Court of Appeals, Fourth Circuit. March 10, 1924.)

#### No. 2211.

Appeal from the District Court of the United States for the Eastern District of North Carolina, at Elizabeth City; Henry G. Connor, Judge.

Suit in equity by the Elizabeth City Water & Power Company against the City of Elizabeth City and others. Decree for defendants, and complainant appeals. Affirmed.

W. M. Maloy, of Baltimore, Md. (Maloy, Brady, Howell & Yost, of Baltimore, Md., and Aydlett & Simpson, of Elizabeth City, N. C., on the brief), for appellant.

P. W. McMullan and J. Kenyon Wilson, both of Elizabeth City, N. C. (J. B. Leigh and Thompson & Wilson, all of Elizabeth City, N. C., on the brief), for appellees.

Before WOODS and ROSE, Circuit Judges, and WEBB, District Judge.

WOODS, Circuit Judge. The legal questions involved in this appeal are considered in the opinion this day filed in John T. Hill, Howard E. Crook, et al. v. City of Elizabeth City et al., 298 Fed. 67, and the conclusions therein reached are decisive of the assignments of error here.

Affirmed.